# EXHIBIT A



**Home** | **REFERRAL KEYS**











**OutOfBoxProducts.com**
**970-335-9322**

Realtors are always moving forward selling house after house. The reason 87% of your clients never use you a second time is, they don't remember you! By giving the gift of home security and having your clients home re-keyd, with your referral keys, your clients can't forget you. Keep most of your clients and get a steady stream of Referrals!

**Order Now**

**Please Note All orders are custom orders and once started cannot be canceled for any reason**



**Home**  **REFERRAL KEYS**





**How Do You Make Sure Your Client Never Forgets Who You Are?**

Use Referral Keys And That Will Never Happen To You! Here Is A Clear Pathway To A Steady Stream Of Referrals

**Your Closing Gift will be the gift of home security by having client's home re-keyed with your personalized house keys**

1. Place your order, for your custom house keys
2. Find a reputable locksmith in your area to service your account and hold your blank keys
3. After the closing arrange to have your clients house re-keyed with your custom keys.
4. Your clients will have your referral keys on their keyring as long as they own their home and never forget you.
5. With time and consistency this will you will start to receive endless referrals

Email OutofBoxProducts@gmail.com

Phone 970-335-9322