# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KLINKY, LLC

      Plaintiff,

      v.

DAVE MILLER, REAL ESTATE
REFERRAL KEYS, AND
WWW.REFERRALKEYS.COM

      Defendants.

Civil Action No. 1:17-cv-02217-TWT

---

## DECLARATION OF BRADLEY NOBLE

I, Bradley Noble, hereby declare as follows:

1.      I am Bradley Noble, a resident of Georgia and an officer of Klinky, LLC, Plaintiff in this action.

2.      In either late September or October of 2017, I spoke with a distributor of Klinky who sells in Florida. The distributor informed me that Dave Miller, the above-named Defendant, had a booth at the August, 2017 Florida Realtors Convention and Trade Show in Orlando, Florida. At that show, Mr. Miller handed out a business card under the name "Out of Box Products." A copy of the business card is shown at Exhibit A. A copy of the "Exhibitors" list to that trade show is attached as Exhibit B. As shown in Exhibit B, Out of Box Products (and Mr.

1

Miller) displayed at "Booth 906." Exhibit B, p. 15. The listing indicates that Out of Box Products manufactures custom house keys for real estate agents.

3.      I have subsequently been either approached or contacted by third parties who have informed me that they believed Mr. Miller was selling domed keys and, therefore, they also believed such keys were or had been provided by Klinky. Alternatively, I have been approached or contacted by third parties who asked if Mr. Miller was selling Klinky keys because, after seeing such keys, the third party believed that they had been provided by Klinky.

4.      The contact information below Mr. Miller's card shown in Exhibit A is for Ro Ozdemirci, VP of Corporate Affiliate and Business Alliances, Miami Association of Realtors, 700 S. Royal Poinciana Blvd. Suite 400, Miami, FL 38166. As an exhibitor at the Orlando trade show, Mr. Miller gave his business card to Aaron Ludin, 1035 Covington Street, Oviedo, FL 32765.

5.      Further declarant sayeth not.

2

I declare under the penalty of perjury that the foregoing is true and correct and that this Declaration is executed on this 19th day of December, 2017 in Atlanta, Georgia.

Bradley Noble

# EXHIBIT A



# Out of Box
## Products

The Closing Gift That Stays With Your Client

Gives Your Client Peace Of Mind Home Security

Your Network Grows

You Will Recieve A Steady Strean Of Referrals

Make Tens Of Thousands Of Dollars More Each Year

Let Us Show You How

**David Miller 970-335-9322**



T: 954.505.5189 | F: 954.505.5190 | C: 786.266.4866
ro@miamire.com | Miamire.com

# EXHIBIT B



- Select Exhibitor - ▾

**1-800-The-Sign.com** - Booth: 700
Signs

**1031 Exchange Connection, Inc.** - Booth: 411
1031 Exchange Qualified Intermediary Services

**1st Financial** - Booth: 118
1st Financial is a direct lender offering all types of residential home loans. FHA / conventional

**2-10 Home Buyers Warranty** - Booth: 227
Home Warranty Service Agreement protection for a home's systems and appliances, including structural coverage on new homes.

**Absolute Home Mortgage Corp.** - Booth: 617
A full service direct Mortgage Lender specializing in Realtor Marketing & Client customer service. Lending Programs, FHA,VA,USDA,203k,CONV

**Acentria Insurance** - Booth: 729
Acentria Insurance is a full service independent insurance agency that specializes in working with realtors, in an effort to assist with keeping your closings on time. We work with your team to co-brand insurance indications for your MLS listings, open houses and more.

**AdWriter, Inc.** - Booth: 107
Your complete solution for managing MLS listing data. Includes automatic composition of property description, high-resolution photos, agent data, comprehensive scheduling of advertisements as well as in-house expert composition services. From Curb to Contract, your office will run smoother with the AdWriter AdVantage.

AIM Cruise Incentives - Booth: 212

Increase listings, sales, referrals and ad response! Offer Homeowners a 5 day / 4 night cruise vacation for two when they buy or sell through you! $139 - $179 + free marketing materials!

All-In Construction Services, LLC - Booth: 920

We are a full service general contractor specializing in renovation loan construction. We also provide kitchen and bath remodeling and home additions.

American Bancshares Mortgage- Booth: 120
American Bancshares Mortgage is a reliable, time-tested retail Mortgage Banker. For more than 22 years we delivered superior service that covers the entire loan lifecycle.

American Dream CPA - Booth: 809

Tax services for Real Estate professionals and CPA services. For best results, use our "TAX CPA".

American Home Services - Booth: 918

Home Inspection and Pest Control Company "Don't Buy A Money Pit" - A One Stop Shop for Home Inspection Services! Fifteen Years servicing Central Florida earned us Top Ratings by Agents/Clients!

American Home Shield - Booth: 702, 704

Whether it's a washer in a newly purchased property or an air conditioning system in a home for sale, AHS can help protect your clients' budgets from unexpected repair and replacement costs. Protect your clients' first year with our 45+ years of experience. Be sure with the Shield.

American Integrity Insurance Company - Booth: 4, 5

American Mortgage Services - Booth: 424, 426

Mortgage Services

AmeriSpec Inspection Services - Booth: 706, 708
For 30 years, AmeriSpec's network has been one of the nation's leading franchise home inspection companies due to our commitment to professional and quality service.

Annie Mac Home Mortgage- Booth: 731
Condo, renovation, Dr., Down Payment Assistance loans. Training for Broker offices on all the up-to-date loan products to help you sell more homes.

AppFiles.com - Booth: 606, 608
appFiles is a Complete Customizable Virtual Office solution that unifies agents and brokerage staff. Allowing your attention to be focused on relationships not cumbersome technology.

Arrow Exterminators - Booth: 102
Arrow Exterminators' Family of companies specialize in Pest Control, Termite Protection, Mosquito Control and Control, Fire Ant Control, Wildlife Exclusion, WDOs and New construction treatments.

Artesian Title - Booth: 928
Proud to be Florida's leading title and closing service provider from Jacksonville to Miami there is an office waiting for you.

Atlantic Bay Mortgage Group - Booth: 529
Mortgages

Attorneys' Real Estate Councils Of Florida - Booth: 719
Florida ARECS connects Real Estate professionals and attorneys across the state through networking and education to ensure the success of real estate transactions.

Be Smart Land Audit - Booth: 916
An environmental database that shows known hazards for endangered species, wetlands, sink holes, contamination, a due dilgence tool.

**Bert Rodgers Schools** - Booth: 518

Bert Rodgers Schools offers Pre/Post License & Continuing Education to Real Estate, Appraisal, CAM and Mortgage Professionals.

**Better Homes And Gardens Real Estate** - Booth: 422

**BPG Inspections** - Booth: 924

Home Inspection

**Bright White Paper Co.** - Booth: 213

**Brightway Insurance - Andre' Campbell Agency** - Booth: 7

The Andre' Campbell Agency at Brightway is independent and represents over 50 top insurance companies for your home, rental, auto and business. Call us today.

**Capital Land Settelements, LLC** - Booth: 112

We are a full-service real estate title company that conducts closings for sale and refinance of residential and commercial properties in multiple states.

**Catylist** - Booth: 330

Catylist is the #1 CLS (Commercial Listing Service) for REALTOR associations in North America, including Florida. New: Catylist Research - available for select markets.

**Centralized Showing Service** - Booth: 225

Centralized Showing Service works with agents to simplify the showing appointment process by providing one number and Showings.com to schedule home showing appointments.

**Century 21** - Booth: 601, 603

CENTURY 21 is a leading global residential franchise real estate sales organization, providing marketing and innovative technology to deliver a positive real estate transaction experience.

Civic Financial Services - Booth: 217


Clear To Clothes - Booth: 327
Haute Realtor is a movement designed to uplift, empower and bring brand awareness to Realtors in a fashionable and trendy way.


COLTON LANE - Booth: 331
A private website featuring luxury home furnishings. Membership can only be obtained through the Real Estate industry.


Commission Express - Booth: 224
Offering Realtors the most competitive fees and most flexible terms on commission advances. Take control of your cash flow.


Cooke Real Estate School - Booth: 631
CookeSchool.com provides all required courses and licensure in Real Estate Community Association Manages (CAM) appraisal, Home Inspection and Mortgage.


CoreLogic - Booth: 412
CoreLogic Real Estate Solutions is responsible for developing and supporting a broad range of information solutions for real estate professionals including MLS's, brokers, agents, appraisers, property managers and more.


Corporate Plus Club - Booth: 630


CRES Insurance Services - Booth: 328
CRES Real Estate E&O + ClaimPrevent -- more specific-to-real-estate coverage plus Legal Hotline 7 days/week, exclusive Seller's E&O, Full Prior Acts. Since 1996.


Currencies Direct - Booth: 226
Currencies Direct work with realtors to get their international buyers and sellers preferential foreign exchange rates.

Cutco Cutlery Gifts - Booth: 524
Cutlery, culinary tools, BBQ / Garden Tools, Cookware, Flatware, Scissors and Sporting Knives - Cutco Closing Gifts

DBPR-Division Of Real Estate - Booth: 510
Information provided and product demonstration regarding real estate licensing.

Dee Sign - Booth: 522
Top-quality yard signs, posts, frames and flags sell direct to Realtors since 1967. Stunning backlit LED displays for your office windows and walls.

Default Investor Association - Booth: 104
Real Estate Education, tax deed, short sale, lead generation, prospecting for listing through default.

DeVore Design - Booth: 908

Dotloop, Inc. - Booth: 912
Dotloop replaces your form creation, e-sign, and real estate transaction management systems with a single end-to-end solution.

EasiLoans, LLC - Booth: 817
EasiLoans is not just mortgage products - it's about exceeding the consumer's expectations, providing them with a best-in-class mortgage and settlement services experience. No application or processing fees!

Edison Insurance Company - Booth: 6
Private home owners insurance carrier, providing home and condo policies throughout the State of Florida.

Elite Property Research - Booth: 803
A real estate research company specializing in the research of unrecorded debt. Performing municipal lien, estoppels and other various searches for real estate closings nationwide.

**Enovative Technologies** - Booth: 307

Ingenuity for a better life - Enovative Technologies designs products that help improve people's lives.

**Equitable Title** - Booth: 230

Equitable Title - Your Residential & Commercial Closing Specialist. Six offices conveniently located to serve you. Visit our website at www.equitabletitle.com We are the "Key To Your Closing Success"

**EXPO Enterprise** - Booth: 329

It's medical bracelet help with joints pain.

**FAME, Inc.** - Booth: 129

Cards with permanent, 1 year, infinitely reusable DISCOUNTSto local restaurants and businesses turn your business info intoa gift that people keep in their wallets and share with their friends. An effective referral tool Realtors have used for more than 20 years. We also make custom Realtors Shirts. (No minimum order requirements).

**Fannie Mae** - Booth: 421

Fannie Mae provides access to affordable mortgage financing in all markets at all times. We aspire to be America's most valued housing partner and we are moving forward with our partners to build a stronger, safer, more efficient housing finance system.

**Farm Credit** - Booth: 807

Farm Credit, a locally-owned and operated cooperative, offers a variety of home and land loan packages to suit your needs.

**FastFingerprints** - Booth: 508

FastFingerprints is approved to submit livescan fingerprints for Florida Level 2 background checks (with AHCA photo capability) to the Florida Department of Law Enforcement.

**FBC Mortgage, LLC** - Booth: 417, 419

FBC Mortgage, LLC is a national mortgage lender headquartered in Orlando,

Florida. FBC focuses on providing customers and business partners with industry best services.

FBS - Creators Of Flexmls - Booth: 507
With 150+ MLS customers, The Flexmls System (web+ mobile + IDX), connects real estate professionals to their customers with the best technology powered by timely and accurate real estate information.

Feel Good, Inc. - Booth: 319, 625
TENS (transcutaneous electrical nerve stimulation) units.

Fidelity National Home Warranty - Booth: 926
Fidelity National Home Warranty's mission is to help Realtors maintain and grown their business by providing quality products with exceptional service.

First American Title Insurance - Booth: 609
A Fortune 500 Company where Title, Escrow, Technology and Customer Care come together improving the lives of people we serve.

First International Title - Booth: 322, 324
First International Title, Florida's largest independent Title agency with over 35 locations to serve your title needs.

FirstHome4U - Booth: 611, 613
Down payment and closing cost assistance, information at your fingertips. The only website in Florida for buyers, realtors and lenders.

FL CRS - Booth: 816
CRS designation materials and educational products with explanations of how to attain designation.

Florida Capital Realty - Booth: 519, 521
Real Estate Office offering 100% Commission

Florida CCIM Chapter - Booth: 302

**Florida PACE Funding Agency** - Booth: 123

Florida PACE Funding Agency provides 100% financing with no credit check for residential and commercial property owners for energy efficiency, sustainable energy and wind mitigation improvements.

**Florida Powerhouse Inspection Services Group** - Booth: 423, 425

Multi Inspector companies in Florida joined together for a rate referrals. All are members of the Women's Council of Realtors and CRS Florida.

**Florida Realtors Global Business** - Booth: 406, 408

Florida Realtors Global Business, AREAA and Global Councils present a showcase of industry events, cultural festivities and interactive photo opportunities.

**Florida Specialty** - Booth: 8

Florida insurance company specializing in manufactured homes, homeowners, condo unit owners and dwelling fire.

**Florida State REBI Chapter** - Booth: 818

The Florida Chapter of the Real Estate Business Institute provides members with the educational, informational and networking resources necessary to compete and succeed in the real estate marketplace.

**Florida Tax Guy, Inc.** - Booth: 824

IRS appointed Enrolled Agents and tax professionals that specialize in helping Realtors save money on their taxes, reduce risk of an audit and represent Realtors in front of the IRS.

**Florida Vacation Rental Managers Association** - Booth: 828

Representing the Florida vacation rental industry condo's, homes and resort properties.

**Full Circle Insurance** - Booth: 128

Full Circle Insurance is proud to specialize in Home Owner Insurance from Panama City to the Keys. There is an office waiting for you.

**G World Properties** - Booth: 825, 827

Real Estate Services

**Glittering Gypsies** - Booth: 10

Caitlin ties original fairy hair. Once applied, you can wash, dry, curl, straigthen, color or cut! Add some shine!

**Global Processing Consultants LLC** - Booth: 108

Real Estate Premier Assistants specialized in leads conversion, appointment setting, telemarketing and certified distressed property experts that support real estate agents processing short sales.

**Globe Home Protection** - Booth: 618

Globe Home Protection is a Florida based company providing comprehensive home warranty coverage in 32 states for 18 years. Offering the Property Management Concierge program and unique coverage such as Roof Leak Repairs, Termite Protection and the new Dept. of Energy required upgrades.

**Gold Coast Schools** - Booth: 516

Gold Coast Schools is Florida's leading provider of classroom & online Real Estate, Construction, Mortgage, CAM and Appraisal education.

**Hamilton Group Funding** - Booth: 130

Hamilton Group Funding is a full service, national mortgage banking firm and our mission is to fund the dream of homeownership by delivering excellence in mortgage banking to every client.

**Help-U-Sell Real Estate** - Booth: 203, 205

Residential Real Estate Franchise Offering

**Herbert H. Landy Errors And Omissions Insurance** - Booth: 211

Provide Errors + Omissions + Business Insurance for Real Estate professionals.

**Heritage Title & Escrow** - Booth: 902

Heritage Title & Escrow is a full-service title company whith multiple Florida

locations. Our commitment to integrity, precision and excellence allows our clients to close with confidence.

**Higgenbotham Auctioneers International** - Booth: 311
Since1959, Higgenbotham Auctioneers is a full service auction company specializing in the sale & disposition of all types of real estate.

**HMS Home Warranty** - Booth: 431
HMS works with real estate professionals to make the process of selling real estate safer, efficient and profitable through home warranties, support tools, marketing products and E & O Insurance.

**Home Closing Gifts** - Booth: 517
Custom personalized closing gifts from $50 - $75.

**Home Partners Of America** - Booth: 407
Home Partners of America offers a "Lease with a Right to Purchase" program which provides responsible households a home with A New Path to Homeownership.

**Home Warranty Of America** - Booth: 506
Home Warranty of America is the only 13 month in Florida and covers plumbing, electrical appliances, heating and cooling.

**HomeBridge Financial Services, Inc.** - Booth: 304
HomeBridge Financial Services, Inc. is a direct seller and servicer of mortgage loans with over 2800 associates in more than 90 retail branches coast to coast.

**Homeowners Choice** - Booth: 1
A Florida-focused insurance company offering policies for homeowners, condo unit owners and land lords. Private market flood insurance also available.

**Homes And Land** - Booth: 805
Homes & Land is a leading multi-media marketing solutions provider in the real estate industry. The Homes & Land brand provides online, mobile, print, social, direct mail, and email programs into fully integrated and customized plans that

deliver the highest return on investment for their clients. Headquartered outside Atlanta, Georgia, Homes & Land covers the United States and Canada and has been serving real estate professionals, home buyers and home sellers since 1973.

Homes.com - Booth: 722, 724
From brand advertising and listing enhancements, to marketing tools and online reputation management, Homes.com offers everything you need to promote your business to active buyers and sellers.

HomeTeam Inspection Service - Booth: 623
HomeTeam offers comprehensive home inspections utilizing a TEAM of inspection professionals. Schedule home, insurance, pest and radon inspections with one call. Fast. Trusted. Accurate. Thats's the HomeTeam promise.

HomeValue.com / Listing Power Tools - Booth: 501
Listing Power Tools provides revolutionary technology for real estate marketing. Our text-capture technology transforms your marketing by eliminating barriers between you and your leads. HomeValue.com is a next-level farming solution connecting prospects with certified HomeValue.com agents. Powered by a data-guided marketing engine, HomeValue.com automates marketing through print, direct mail, digital, sms, and email campaigns.

IFREC Real Estate Schools - Booth: 607
IFREC remains Central Florida's oldest and largest proprietary owned real estate school offering classroom and online courses in Real Estate, Mortgage, Home Inspection & Appraisal Pre-License, Post License, Exam Prep and Continuing Education and NAR/REBAC specialty courses.

IMOTO Photo - Booth: 312
IMOTO Photo is a leading real estate photography company in the U.S. All IMOTO shoots include 24 hour turnaround, a low aerial shot, blue sky replacement, and a free virtual tour! Order online at www.IMOTO.com.

Invisousa Corp - Booth: 201
Professional Real Estate photography including drone and video.

Kathy's Accesories- Booth: 100
Upscale designer inspired jewelry, sterling silver rings and jewelry.


La Rosa Realty - Booth: 707, 709, 711, 713, 806, 808, 810, 812


Le Visage Expositions - Booth: 231
LED Therapy Device (Perfectio Zeio Gravity), cosmetics, skin care, beauty and
wellness lotions.


Lifelong Cutlery & Gifts - Booth: 512


Lincoln Franchise, A Division Of Lincoln Abstract - Booth: 629
The industry's first title and closing franchise opportunity! Starting your own title
agency is easy, affordable and compliant with Lincoln Abstract & Settlement
Services' Resources and Support.


ListHub - Booth: 209
ListHub is the nation's premier platform for managing the complex ties of online
marketing.


Listingbook - Elm Street Technology - Booth: 730
Introducing NEW Elevate Platform - Digital Marketing System. Includes website
and all Social Media blog and posting. This is easy. We do everything for you to
make you the Social Media Expert.


Lone Wolf Technologies / Instanet Solutions - Booth: 721
The leading provider of secure, paperless real estate technologies with over
500,000 licensed paid users of TransactionDesk, Authentisign, InstanetForms,
DocBox and InstanetFax.


LWR Communities, LLC - Booth: 620
Find out how you can make money selling the fourth best selling master
planned community in the country - Lakewood Ranch.


Magnets USA - Booth: 413

Matterport - Booth: 610

Matterport's 3D walkthrough and virtual reality technology is proven to help you win more listings, differentiate your brand and engage buyers.

Metro Market Trends, Inc. - Booth: 612

MMT, Inc. provides subscription based software for Real Estate Sales and Tracking, Market Share Reporting, and Analytical Information for Florida and South Alabama. We make searching real estate information easy!

MHM Professional Staging / Megan's Moving - Booth: 727

MHM Professional Staging and Megan's Moving, located locally in Orlando, Florida are companies selling homes faster and making moving easier.

Midland IRA + 1031 - Booth: 430

Midland is a self-directed IRA administrator specializing in holding investment real estate within retirement accounts. They are also 1031 Exchange Qualified Intermediaries for investors who own real estate and would like to defer capital gains tax.

Moneycorp, Inc. - Booth: 313

Specializing in currency exchange and international money transfers, moneycorp offers far better exchange rates than the banks along with free risk management services.

My Florida Regional MLS - Booth: 301

MyFloodStatus.com Powered By WTG - Booth: 114

MyFloodStatus.com Powered by WTG, is the industry leader nationally providing Realtors with 100% Accurate, Insured Flood Zone Determinations. Expert advise is available through our Flood Resource Center.

National Association Of REALTORS - Booth: 427, 429

The National Association of REALTORS is America's largest trade association, representing more than 1.1 million members involved in all aspects of the residential and commercial real estate industries.

**National Association Of Residential Property Managers** - Booth: 528

NARPM is an association of real estate professionals who know first-hand the unique problems and challenges of managing single-family and small residential properties.

**New Wave Loans** - Booth: 410

New Wave Loans. Foreign National Private Loans

**Nodalview** - Booth: 530

3-D Immersive Home Tours shot from your smart phone.

**North American Title** - Booth: 531

North American Title is proud to have supported the real estate community for over 60 years. We are a full service National Title Company with the financial strength of top rated underwriters. We handle: residential, commercial, refinances, international, 1031 Exchanges and FIRPTA.

**Nu World Title** - Booth: 830

Title Services

**NuView IRA** - Booth: 712

NuView IRA is a self-directed IRA provider specializing in holding investment real estate within retirement plans.

**Nye's Cream Sandwiches** - Booth: 111

Handcrafted ice cream sandwiches perfect for client gifts and incentives.

**Oakley Signs** - Booth: 206

Oakley Signs, your leader in Real Estate signage and also family owned. We offer Best Price Guarantee, Extremely quick service. Show special, Buy 5 signs, get 2 signs free.

**Offrs.com** - Booth: 101

Offrs.com is an all-in-one lead generation solution for real estate agents. Over

5,000 real estate agents leverage our Smart Data and Marketing platform to generate listings and grow their businesses.

Old Republic Home Protection - Booth: 418
Home Warranty

One EZ Post - Booth: 220
Sign posts with patented enclosed stake system that folds for easy storage and installs in seconds without any tools.

Osceola County Association Of Realtors - Booth: 218
Materials for branding and information about international real estate with a focus on Central Florida networking, specifically Osceola County.

Out Of Box Products - Booth: 906
We manufacture custom made House Keys for Real Estate Agents.

Perfect Closing Gift - Booth: 627
Never let your client forget you with a gift from The Perfect Closing Gift Company. Each gorgeous gift is personalized for your client AND for you!

Perland-Assured Title Trust & Escrow - Booth: 124
Perland-Assured is a fast and efficient full service title company combining 40 years experience: We provide a WOW experience so when we close, you smile.

Pineywoods Realty - Booth: 117
Pineywoods Realty is a full-service, fee-based brokerage with over 75 agents across offices in Tampa and Orlando and includes a management division with over 300 units in our portfolio.

PNC Bank - Booth: 222
PNC provides you and your clients with the necessary tools to make the home financing process easier and more transparent.

Preferred Link - Booth: 9

Trusted Personal and Business insurance services throughout the entire state of Florida" Preferred Link is one of South Florida's leading Independent Insurance Agencies.

Premier Commission - Booth: 122

Providing cash flow solutions to Realtors by way of a commission advance at the lowest rates in the Nation.

Premium Credit Bureau - Booth: 725

Premium Credit Bureau has been committed to providing the most comprehensive and factual background and tenant screening that is available.

Prestige Products Direct - Booth: 811, 813

Triad Aer / Prestige Products Direct - Air Purification System

Quicken Loans - Booth: 308, 310

For more than 30 years, Quicken Loans has been celebrated for providing world-class mortgage services through speed, ease, and industry-leading technology. Mortgages are all we do!

Quote Slash - Booth: 526

Homeowners Insurance partnering with Loan Originators and Realtors to offer the fastest and lowest Home Insurance Quotes available on any home, any age, anywhere instantly.

RBC Bank USA - Booth: 109

National Mortgage Lender dedicated to help Canadians to purchase parties in Florida and provided unique cross border banking solutions.

Real Estate Express, A McKissock Co. - Booth: 321, 323

Don't settle for the same old real estate school. Check out Real Estate Express, A McKissock company, for all your licensing and professional development needs.

Real Estate Staging Association - Booth: 626

Real Estate Staging information and resources provided by RESA*, the trade

association for professional real estate stagers.

RealCare Insurance Marketing - Booth: 416
Florida Realtors E&O Rewards Partner. Stop by our booth to hear about our easy and affordable policies for members. We also have general liability and cyber policies for members!

Realtor.com - Booth: 125
Realtor.com solutions are designed to help real estate professionals connect with buyers and sellers, follow-up, and ultimately assist them to the point of closing.

Realtors Federal Credit Union - Booth: 300

Realty Executives Southern Region - Booth: 616
Realty Executives is an international real estate franchise for 50+ years marketing and supporting the needs of entrepreneurs, real estate brokers, agents and consumers.

Realty Partners, LLC - Booth: 831
Realty Partners is the Agent Owned Company. Our Mission is to help agents make more money, Be more Successful and Truly Own their lives.

Recognition Express - Booth: 527
Recognition Express is the world's leader and largest manufacturer of the highest quality personalized products available in the industry. We specialize in scratch resistant name badges, desk accessorises, awards and more!

Referral Exchange - Booth: 910
Nationwide agent-to-agent referral service. We match any lead outside of your preferred area or pricepoint and pay you a 25% referral fee at closing.

Renovate America - Booth: 409
The HERO Program from Renovate America provides homeowners with innovative financing for energy efficiency and hurricane protection home improvements.

REO ADVISORS/Norman-Spencer - Booth: 622

REO ADVISORS offers Errors & Omissions Insurance, General Liability and Cyber/Privacy Coverage. We have been providing insurance services to Florida Real Estate Firms since 1994.

ReverseforPurchaseFlorida.com - Booth: 127

Top Florida Reverse for Purchase Lender who helps Realtors with senior mortgage product which helps increase sales by making financing easier and higher end homes affordable.

RPR - Realtors Property Resource - Booth: 628

RPR - Comprehensive data, powerful analytics, and client-friendly reports for each of NAR's constituencies. An invaluable member benefit offered exclusively to REALTORS at no additional cost.

RSP's Agent Personal Assistant - Booth: 420

Target farming report and Just Listed / Sold postcards. We are a data driven real estate marketing firm.

Russian Blue Diamonds - Booth: 131

Incredible designer inspired and very high end cubic zirconia synthetic diamonds cut to a 5 triple A grade, Can you say, "Dress for Success."

Safer Agent - Booth: 207

SaferAgent specializes in training and tools to protect you, your customers, and your belongings without a major change in lifestyle.

Security First Insurance Company - Booth: 3

SEI/Navica MLS - Booth: 624

Navica Revolution, a premier online MLS system, includes Showing Manager, Data Validation, IDX/VOW, Buyer/Seller Gateways. Offers Navica Streamline AMS with NRDS Sync and QuickBooks Integration.

Short Sales For America - Booth: 710

Free short sale negotiation services for Realtors, homeowners and buyers.

ShowingTime - Booth: 723

ShowingTime takes inefficiencies out of the appointment scheduling, feedback and reporting process for agents, offices, associations and MLSs, resulting in more showings and quicker sales. Its mobile app enables users to schedule showings, review buyer's tours, access directions or submit feedback. ShowingTime serves 900,000+ real estate professionals across North America.

Southern Oak Insurance Company - Booth: 2

Southern Oak is a homeowners insurance carrier specializing in homeowners, condos, renters, rental property and flood coverages.

Statewide Probate - Booth: 728

Legal services throughout Florida for probate and estate administration, including transfers of all forms of real property.

Summit VA Solutions, Inc. - Booth: 317

Summit provides real estate trained virtual assistants for Real Estate Agents looking to grow.

Taxbot, LLC - Booth: 306

Taxbot: Automatic mileage and expense tracking with Smartmatch technology! Swipe to classify and get back to work! It's so easy you'll feel like your cheating.

Taylor Made Lending LLC - Booth: 900

Hard money lender

Ten-X - Booth: 820, 822

TenantReports.com - Booth: 605

Instant Tenant Screening, all 3 Credit Bureaus available. National Criminal, Eviction Searches, Employment and Residence verifications. 4 ways to order reports. Discounts at www.TenantReports.com/FLRealtors.

**Thanks Delivered** - Booth: 823

Thanks Delivered provides a unique after-the-sale closing gift plus marketing program that generates referral leads and client satisfaction survey results to improve sales.

**The Canadian Real Estate Association** - Booth: 121

Grow your Canadian opportunities by becoming an Affiliate of the Canadian Real Estate Association. Enhance your business with products that are offered exclusively to our Global Affiliates.

**The Institute For Luxury Home Marketing** - Booth: 223

The Institute in the premier independent authority in training and designation for real estate agents working in the luxury residential market.

**The International MLS (IMLS)** - Booth: 325

Go Global with the IMLS - - the ONLY way your listings can be on other agent and broker sites. . . automatically!

**The Personal Marketing Company** - Booth: 520

"Success Starts Here" with products from the industry leader in real estate marketing since 1979, including business cards, newsletters, postcards, client follow-up programs and e-marketing.

The Real Authority- Booth: 904
Our flagship service allows agents to send homeowners in select neighborhoods comprehensive, accurate and timely information, helping them understand the changing value and marketability of their homes.

**The Real Estate Book** - Booth: 210

**Title Consulting Services, LLC** - Booth: 428

Title Consulting Services has over 30 years experience providing the highest quality title insurance and settlement services in Florida and nationally.

**Title Trust Services, LLC** - Booth: 826
Attorney owned Title Company with offices in Palm Beach and Broward County.

**Title Warehouses Of America** - Booth: 116

**Toffee To Go Inc.** - Booth: 717
Chosen as one of Oprah's favorites, we'll be one of yours too! Sample our toffee and see why there is no sweeter gift for closings and referrals.

**TORCHx** - Booth: 511, 513

**Total Title Solutions** - Booth: 922
Title, escrow and mobile closings

**TruPlace** - Booth: 829
The most stunningly, beautiful, fastest and most flexible photo tours in the world.

**Trustco Bank** - Booth: 113
Trustco Bank has been the low cost provider of high quality products and services since opening for business in 1902. Today, Trustco Bank has 144 branch locations, 51 of which are in the state of Florida.

**Two Men And A Truck** - Booth: 326
Moving services, including moving and packing services, boxes and packing supplies and storage.

**TypTap Insurance Company** - Booth: 819, 821
Florida, private market flood insurance. TypTap gives you the ability to quote flood insurance online instantly.

**Under Contract LIVE** - Booth: 229
"Under Contract Live" is an internet video podcast broadcasting weekly to the Real Estate industry as we interview world class guests.

Unibind - Booth: 119
Unibind is the industry leader in document presentation including 90 second thermal binding and a complete range of accessories for all your presentation needs.

United Wholesale Mortgage - Booth: 930
Educating Realtors on the difference between wholesale and retail lending. How to become an independent mortgage broker owner and low down payment program.

US Mortgage Corporation - Booth: 208
Mortgages: Buying a Home or Refinancing your current Mortgage.

USA Home Inspections - Booth: 216
We are committed to providing your customers with an unbiased, in-depth,detailed, honest and friendly inspection report on all the components of the home. WDO Included

VantagePoint 3D LLC - Booth: 726
VantagePoint 3D provides virtual tour services for Realtors and Builders utilizing 3D tours, drones, video photography and virtual staging.

VHT Studios - Booth: 523, 525
VHT Studios, the nations #1 professional photography and image management service delivers your most powerful selling tools - high quality photography and video - from creation to display.

Wells Fargo Home Mortgage - Booth: 701
www.wellsfargo.com/mortgage

WolfNet Technologies - Booth: 228
WolfNet provides websites, desktop and mobile property search applications and backoffices solutions to brokerages and agents using available data sets.

Women's Council Of Realtors Florida State Network - Booth: 309
We are a network of successful REALTORS, advancing women as professionals

and leaders in business, the industry and the communities we serve.

**Wor(l)d / Helo** - Booth: 106

The most advanced wearable technology - a game changer in healthcare and safety. Features panic button with emergency GPS location reading.

**Zillow Group** - Booth: 801

Zillow Group houses a portfolio of the largest and most vibrant real estate and home-related brands on the Web and mobile.

**ZipLogix** - Booth: 509

zipLogix is the creator of zipForm, the recognized industry standard for forms software for real estate professionals. Its suite of software applications, including zipForm Plus, zipTMS, zipForm Mobile and zipLogix Digital Ink, automates and simplifies the entire real estate transaction and is used by more than 650,000 real estate professionals across the country. zipLogix is created by, owned by and working for real estate professionals to improve productivity and efficiency industry-wide.

